**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: DULCE J. FOSTER
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Jodeci Jazmin Holmes,

    Defendant.

| | |
|---|---|
| Case No: | 26-mj-4 (DJF) |
| Date: | January 8, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 1:44 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 6 minutes |

**APPEARANCES:**

Plaintiff: Evan Gilead, Assistant U.S. Attorney
Defendant: Siri McDowell, Assistant Federal Defender
    X FPD     X To be appointed

    X Advised of Rights

on    X Supervised Release Violation
X Date charges or violation filed: October 29, 2025
X Current Offense: failure to participate in substance abuse testing/treatment, travel without permission and failure to obtain fulltime employment.
X **Charges from other District:** Northern District of Iowa
X Title and Code of underlying offense from other District: 18:922(g)(1) unlawful transport of firearms
X Case no: CR23-3008-LTS

X Government moves for a detention hearing.     X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday, January 13, 2026 at 2:30 p.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP):
X Detention hrg   X Preliminary Revocation hrg

X Removal hearing waived

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on record.

                                       *s/ms*
                             Signature of Courtroom Deputy